# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EQUINE LUXURY PROPERTIES, LLC, a Michigan limited liability company, and 138 RIVER STREET, LLC, a Michigan limited liability company, | Case No. 1:23-cv-01142 |
| Plaintiffs/Counter-Defendants, | Hon. Hala Y. Jarbou<br>Mag. Sally J. Berens |
| v. | |
| COMMERCIAL CAPITAL BIDCO, INC., a Tennessee corporation, | Removed from: Grand Traverse County Circuit Court<br>Case No. 23-36797-CH<br>Hon. Kevin A. Elsenheimer |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | |
| v. | |
| ~~UNITED STATES OF AMERICA~~, FLINTFIELDS HORSE PARK, LLC, NEXT BRIDGE FUNDING, LLC, ~~UNIVERSITY TITLE AGENCY, LLC~~, and ASCOT SPECIALTY INSURANCE COMPANY, | |
| Third-Party Defendants. | |

## CONSENT JUDGMENT AND ORDER

Plaintiffs/Counter-Defendants, Equine Luxury Properties, LLC ("Equine") and 138 River Street, LLC ("138 River") (collectively, "Plaintiffs"), having filed a complaint, as amended, against Defendant/Counter-Plaintiff/Third-Party Plaintiff Commercial Capital BIDCO, Inc. ("CCB"); and CCB having filed a counterclaim against Plaintiffs and a third-party complaint, as amended, against Third-Party Defendants, Flintfields Horse Park, LLC ("Flintfields"), Next Bridge Funding, LLC ("Next Bridge"), and Ascot Specialty Insurance Company ("Ascot") (collectively, "Third-Party Defendants"); and the parties, having agreed upon a resolution of this

matter on the record before this Court on May 20, 2025, hereby memorialize said resolution with presentment and entry of this Consent Judgment and Order;

NOW, THEREFORE, upon consent and stipulation of the parties hereto, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' First Amended Verified Complaint for Emergency Injunctive Relief and Declaratory Relief (ECF No. 80) is hereby dismissed with prejudice in its entirety.

2. As to Count I of CCB's First Amended Counterclaim and First Amended Third-Party Complaint (ECF No. 99, PageID.1800), Judgment is hereby entered in favor of CCB and against Plaintiffs, jointly and severally, in the amount of $2,950,000 as of May 20, 2025, together with costs, interests, attorney fees and protective advances that continue to accrue from and after May 20, 2025 pursuant to the terms of the underlying loan documentation.

3. Count II of CCB's First Amended Counterclaim and First Amended Third-Party Complaint (ECF No. 99, PageID.1800-1802) is hereby dismissed without prejudice.

4. As to Count III of CCB's First Amended Counterclaim and First Amended Third-Party Complaint (ECF No. 99, PageID.1802-1803), Judgment is hereby entered in favor of CCB and in accordance therewith, the Court has entered a separate Order Appointing Receiver (ECF No. 133) dated May 21, 2025 which shall remain in place until further Order of the Court.

5. This Consent Judgment and Order resolves any and all claims and defenses arising out of this action, including such claims and defenses that could have been but were not raised, and except as set forth herein, this Consent Judgment and Order shall be deemed a dismissal of all pending claims and defenses with prejudice and without costs to any parties.

6. This Court shall retain jurisdiction over this matter for the purpose of enforcing this Consent Judgment and Order [including its Appointing Receiver (ECF No. 133)].

7. This is a final order.

**APPROVED AS TO FORM AND CONTENT:**

By: _____
    Floyd E. Gates, Jr. (P54234)
    BODMAN PLC
    *Attorney for Defendant/Counter-Plaintiff/*
    *Third-Party Plaintiff Commercial Capital BIDCO, Inc.*

By: _____ *with permission* _____
    Mark L. Kowalsky (P35573)
    TAFT STETTINIUS & HOLLISTER LLP
    *Attorney for Plaintiffs/Counter-Defendants*
    *Equine Luxury Properties, LLC and 138 River Street, LLC*

By: __See attached._____
    Todd W. Millar (P48819)
    Robert W. Parker (P31571)
    PARKER HARVEY PLC
    *Attorney for Third-Party Defendant Flintfields Horse Park, LLC*

By: _____
    Steven A. Jacobs (P68749)
    Peter Edward Doyle (P81815)
    SCHENK & BRUETSCH
    *Attorney for Third-Party Defendant Next Bridge Funding, LLC*

By: _____ *with permission* _____
    Valerie Henning Mock (P55572)
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
    *Attorney for Third-Party Defendant Ascot Specialty Insurance Company*

7.    This is a final order.

Dated: May 28, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

**APPROVED AS TO FORM AND CONTENT:**

By: _____
    Floyd E. Gates, Jr. (P54234)
    BODMAN PLC
    *Attorney for Defendant/Counter-Plaintiff/*
    *Third-Party Plaintiff Commercial Capital BIDCO, Inc.*

By: _____
    Mark L. Kowalsky (P35573)
    TAFT STETTINIUS & HOLLISTER LLP
    *Attorney for Plaintiffs/Counter-Defendants*
    *Equine Luxury Properties, LLC and 138 River Street, LLC*

By: *Todd W Millar* _____
    Todd W. Millar (P48819)
    Robert W. Parker (P31571)
    PARKER HARVEY PLC
    *Attorney for Third-Party Defendant Flintfields Horse Park, LLC*

By: _____
    Steven A. Jacobs (P68749)
    Peter Edward Doyle (P81815)
    SCHENK & BRUETSCH
    *Attorney for Third-Party Defendant Next Bridge Funding, LLC*

By: _____
    Valerie Henning Mock (P55572)
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
    *Attorney for Third-Party Defendant Ascot Specialty Insurance Company*